Revised *02/2004*

# UNITED STATES BANØUPTCY COURT
# EASTERN DISTRICT OF TEXAS

IN RE:

| | |
|---|---|
| RODNEY T. WILKES and DEBORAH JEAN WILKES | 04-43601-R |
| Debtor | Bankruptcy Case Number |

## APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: Harvest Credit Management

MAILING ADDRESS: Dominion Plaza, Suite 800 N, 600 17th St.

CITY: Denver     STATE: CO     ZIP CODE: 80202

and that a dividend in the amount of $ 5,197.09 was awarded in this case to the Claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies under penalty of perjury that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 11/07/07

_____
Claimant's Signature

A copy of the Proof of Claim filed on behalf of Harvest Credit Management in this case is attached hereto to establish the right to payment.

# CERTIFICATE OF SERVICE

In accordance with Title 28 U.S.C. Section 2042, the undersigned hereby certifies that on the date designated below a true copy of this application with all required attachments was mailed to [check one as applicable]:

For all cases in **Beaumont & Lufkin** divisions (five-digit case number beginning with 1 or 9):

Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
350 Magnolia Avenue, Suite 150
Beaumont, TX 77701-2248

For all cases in **Marshall & Tyler** divisions (five-digit case number beginning with 2 or 6):

Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
110 North College Avenue, Suite 700
Tyler, TX 75702-0204

X    For all cases in **Paris, Sherman, & Texarkana** divisions (five-digit case number beginning with 3, 4 or 5):

Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
101 East Park Boulevard, Suite 500
Plano, Texas 75074-8858

Date:  11/13/07

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|
| Eastern District of Texas (Sherman Division) | UNSECURED |
| In re (Name of Debtor) | Case No **04-43601** |
| RODNEY T WILKES & DEBORAH JEAN WILKES | CHAPTER 13 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 USC § 503.

| | |
|---|---|
| Name of Creditor (Person/entity to whom the debtor owes money/property)<br><br>HARVEST CREDIT MANAGEMENT V | ☐ Check if you are aware anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars |
| Name and Address Where Notices Should Be Sent<br><br>HARVEST CREDIT MANAGEMENT V<br>c/o MACHOL & JOHANNES, P.C.<br>DOMINION PLAZA, SUITE 800 NORTH<br>600 SEVENTEENTH STREET<br>DENVER CO 80202-5442 | ☐ Check if you have never received any notices from the bankruptcy court in the case.<br><br>☐ Check if the address differs from the address on the envelope sent to you by the bankruptcy court. |
| Account or other number by which creditor identifies Debtor<br>EH045318 | Check ☐ replaces previous filing dated __ __ __<br>☐ amends |

**1. BASIS FOR CLAIM**

| | |
|---|---|
| ___ Goods sold<br>___ Services performed<br>___ Money loaned<br>___ Personal injury/wrongful death<br>___ Taxes<br>_X_ Other (Describe briefly) Extended Credit DISCOVER FINANCIAL SERVICES-<br>DISCOVER CARD | ___ Retiree benefits as defined in 11 USC § 114(a)<br>___ Wages, salaries, and compensation (Fill out below)<br>Your social security number ___<br>Unpaid compensation for services performed from<br>_____ to _____ (dates). |

| 2. DATE DEBT WAS INCURRED<br>May 4, 1990 | 3. IF COURT JUDGMENT, DATE OBTAINED: |
|---|---|

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM
Attach evidence of perfection of security interest.
Brief Description of Collateral:
___ Real Estate __ Motor Vehicle __ Other (Describe briefly)

Amount of arrearage or other charges at time case filed included in secured claim above, if any $_____

X UNSECURED NONPRIORITY CLAIM $10,240.80
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $_____

Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $4,000) earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor business, whichever is earlier-11 USC §507(a)(3)
☐ Contributions to employee benefit plan-11 USC §507(a)(4)
☐ Up to $1,800 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use-11 USC §507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or other under 11 USC §507(a)(7)
☐ Taxes or penalties of government units-11 USC §507(a)(8)
☐ Other-Specify applicable paragraph of 11 USC §507(a)___
   ☐ Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after date of adjustment

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**

(Unsecured) $10,240.80     (Secured) $_____     (Priority) $_____     (Total) $10,240.80

X Check if claim includes charges in addition to principal amount of claim

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purposes of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor

7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain If the documents are voluminous, attach a summary

8. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| | |
|---|---|
| Date:<br><br>August 9, 2004 | MACHOL & JOHANNES, P.C., authorized attorney for the creditor<br><br>JAMES A. KAPLAN, #7741, Dominion Plaza, Suite 800 N. 600 Seventeenth St. Denver CO 80202 |

FILED 04 AUG 27 PM 1:28 CLERK, U.S. BANKRUPTCY COURT U.S. BANKRUPTCY COURT EASTERN DISTRICT OF TX. DEPUTY