**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| In re: | ) |
| | )    Bankruptcy |
| RODNEY T. WILKES | )    Case No. 04-43601-R |
| and | )    Chapter 7 |
| DEBORAH JEAN WILKES | ) |
| | ) |
| Debtor(s). | ) |

**AFFIDAVIT OF CREDITOR**

David A. Ravin, being duly sworn, deposes and states as follows:

1. I am the president of Harvest Credit Management V, LLC (Harvest), and I am authorized to act on behalf of Harvest, in accordance with the 2007 Annual Report for Harvest Credit Management V, LLC filed with the Colorado Secretary of State, a copy of which is attached hereto as Exhibit 1.

2. Harvest is a creditor in the above-captioned bankruptcy case, as established by the Proof of Claim dated August 9, 2004, filed with the court on August 27, 2004, a copy of which is attached hereto as Exhibit 2.

3. Harvest has not received payment of funds in the amount of $5,197.09, as a dividend which was awarded to Harvest in this case, and which funds are due and owing to Harvest pursuant to the Proof of Claim.

4. Harvest is represented in this case, and with respect to the Proof of Claim, by its attorney, James A. Kaplan of the law firm of Linebarger Goggan Blair & Sampson, LLP, formerly of the law firm of Machol & Johannes, P.C., and James A. Kaplan and the law firm of Linebarger Goggan Blair & Sampson, LLP are authorized to submit an Application for Payment of Dividend from Unclaimed Funds with respect to the funds owing to Harvest in connection with the Proof of Claim, and to receive payment of such funds on behalf of Harvest.

DATED January 8, 2008.

                                                      David A. Ravin
                                                    President of Harvest Credit Management V, LLC

1

STATE OF COLORADO            )
                             ) ss.
CITY AND COUNTY OF DENVER    )

The foregoing Affidavit of Creditor was acknowledged, subscribed and sworn to be true under penalty of perjury before me on this __8th__ day of January, 2008, by David A. Ravin.

_____
Notary Public

MY COMMISSION EXPIRES: _____

My Commission Expires Jan. 10, 2011

G:\JAK-PARA\Harvest\Wilkes\Affidavit of David Ravin.wpd

2

|  |  |
|---|---|
| **≡-Filed** | Colorado Secretary of State |
|  | Date and Time: 10/23/2007 01:01 PM |
| Document processing fee |  |
| If document is filed on paper   $100.00 | Id Number: 20011206917 |
| If document is filed electronically   **$ 10.00** | Document number: 20071487130 |
| Late fee if entity is in noncompliant status |  |
| If document is filed on paper   $ 50.00 |  |
| If document is filed electronically   $ 20.00 |  |
| Fees & forms/cover sheets |  |
| are subject to change. |  |
| To file electronically, access instructions |  |
| for this form/cover sheet and other |  |
| information or print copies of filed |  |
| documents, visit www.sos.state.co.us |  |
| and select Business Center. |  |
| Paper documents must be typewritten or machine printed. | ABOVE SPACE FOR OFFICE USE ONLY |

## Annual Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: 20011206917

Entity name: **HARVEST CREDIT MANAGEMENT V, LLC**

Jurisdiction under the law of which the entity was formed or registered: Colorado

**You must complete line 1.**

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

1. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

| RAVIN | DAVID | A |  |
|---|---|---|---|
| (Last) | (First) | (Middle) | (Suffix) |

600 17TH ST
STE 2800 SOUTH
*(Street name and number or Post Office Box information)*

| DENVER | CO | 80202 |
|---|---|---|
| (City) | (State) | (Postal/Zip Code) |

_____   _____
(Province – if applicable)   (Country – if not US)

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

REPORT    Page 1 of 2   Rev. 3/8/2006

☐ **Mark the box if** information requested below is current in the records of the Secretary of State **OR** complete Questions 2 through 7.

2. Principal office street address:

   600 17th Street
   Ste 2800 South _(Street name and number)_
   Denver _(City)_   CO _(State)_   80202 _(Postal/Zip Code)_
   United States
   _(Province – if applicable)_   _(Country – if not US)_

3. Principal office mailing address: (if different from above)

   _(Street name and number or Post Office Box information)_

   _(City)_   _(State)_   _(Postal/Zip Code)_
   _(Province – if applicable)_   _(Country – if not US)_

4. Registered agent name: (if an individual)

   MACHOL _(Last)_   JACQUES _(First)_   A. _(Middle)_   III _(Suffix)_

   **OR** (if a business organization)

5. The person identified above as registered agent has consented to being so appointed.

6. Registered agent street address:

   600 17TH ST STE 800 NORTH
   _(Street name and number)_
   DENVER _(City)_   CO _(State)_   80202 _(Postal/Zip Code)_

7. Registered agent mailing address: (if different from above)

   _(Street name and number or Post Office Box information)_

   _(City)_   _(State)_   _(Postal/Zip Code)_
   _(Province – if applicable)_   _(Country – if not US)_

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

# NOTICE:

*This "image" is merely a display of information that was filed electronically. It is not an image that was created by optically scanning a paper document.*

*No such paper document was filed. Consequently, no copy of a paper document is available regarding this document.*

*Questions? Contact the Business Division. For contact information, please visit the Secretary of State's web site.*

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|
| Eastern District of Texas (Sherman Division) | UNSECURED |
| In re (Name of Debtor) | Case No **04-43601** |
| RODNEY T WILKES & DEBORAH JEAN WILKES | CHAPTER 13 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 USC § 503.

Name of Creditor (Person/entity to whom the debtor owes money or property)
HARVEST CREDIT MANAGEMENT V

Name and Address Where Notices Should Be Sent

HARVEST CREDIT MANAGEMENT V
c/o MACHOL & JOHANNES, P.C.
DOMINION PLAZA, SUITE 800 NORTH
600 SEVENTEENTH STREET
DENVER CO 80202-5442

☐ Check if you are aware anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check if you have never received any notices from the bankruptcy court in the case.

☐ Check if the address differs from the address on the envelope sent to you by the bankruptcy court.

Account or other number by which creditor identifies Debtor
EH045318

Check ☐ replaces previous filing dated _____
☐ amends

**1. BASIS FOR CLAIM**
___ Goods sold
___ Services performed
___ Money loaned
___ Personal injury/wrongful death
___ Taxes
_X_ Other (Describe briefly) Extended Credit DISCOVER FINANCIAL SERVICES- DISCOVER CARD

___ Retiree benefits as defined in 11 USC § 114(a)
___ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed from
_____ to _____ (dates).

**2. DATE DEBT WAS INCURRED**
May 4, 1990

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM
Attach evidence of perfection of security interest.
Brief Description of Collateral:
___ Real Estate ___ Motor Vehicle ___ Other (Describe briefly)

Amount of arrearage or other charges at time case filed included in secured claim above, if any $_____

**X UNSECURED NONPRIORITY CLAIM $10,240.80**
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $_____

Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $4,000) earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor business, whichever is earlier- 11 USC §507(a)(3)
☐ Contributions to employee benefit plan- 11 USC §507(a)(4)
☐ Up to $1,800 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use- 11 USC §507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or other under 11 USC §507(a)(7)
☐ Taxes or penalties of government units- 11 USC §507(a)(8)
☐ Other-Specify applicable paragraph of 11 USC §507(a)____
○ Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after date of adjustment

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**
(Unsecured) $10,240.80   (Secured) $_____   (Priority) $_____   (Total) $10,240.80

X Check if claim includes charges in addition to principal amount of claim

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purposes of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date:  MACHOL & JOHANNES, P.C., authorized attorney for the creditor
August 9, 2004    JAMES A. KAPLAN, #7741, Dominion Plaza, Suite 800 N, 600 Seventeenth St, Denver CO 80202

[Filed stamp: 04 AUG 27 PM 1:28 CLERK, U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF TEXAS, DEPUTY]

**EXHIBIT 2**